ORIGINAL

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOLLAND, H. Russel | District of Alaska | 5/10/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ○ Nomination    Date   ○ Initial    ● Annual    ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 222 West 7th Avenue - Unit 54 Anchorage, Alaska 99513 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 P 1:28

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Date of Report |
|---|---|---|
| **Name of Person Reporting** | | |
| HOLLAND, H. Russel | | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CMS Energy | | None | J | T | | | | | |
| 2. Nordstrom, Inc. | A | Dividend | K | T | Partial Sale | 03/30 | J | D | |
| 3. Rowan Companies | | None | J | T | | | | | |
| 4. MSDW (Individual Liquid Asset Account) | A | Dividend | J | T | | | | | |
| 5. Canoe Lake Lot | | None | | | Sold | 02/10 | K | E | Thos. & Brenda Hepola |
| 6. Talkeetna, Alaska, Lot | | None | K | W | | | | | |
| 7. Chitina, Alaska, Lot | | None | J | W | | | | | |
| 8. First National Bank of Anchorage, Alaska | A | Interest | K | T | | | | | |
| 9. MSDW / Dividend Growth | D | Dividend | K | T | | | | | |
| 10. MSDW (Individual Liquid Asset A/C) | A | Dividend | J | T | | | | | |
| 11. Bank of America / Portland, Oregon | A | Interest | J | T | | | | | |
| 12. Pepsi o | A | Dividend | J | T | | | | | |
| 13. Franklin Value Mark II Variable Annuity Contract | A | Dividend | K | T | | | | | |
| 14. Motorola | A | Dividend | J | T | partial sale | 12.23 | J | A | |
| 15. First National Bank of Anchorage / Savings | A | Interest | J | T | | | | | |
| 16. Bank of America Investment A/C Nation's Cash Reserves Daily | A | Dividend | J | T | | | | | |
| 17. Franklin, Oregon, Tax-Free Mutual Fund | C | Interest | | | sell | 04/21 | N | A | |
| 18. Biosource International | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Tri-Global Restaurant | A | Dividend | J | T | | | | | |
| 20. Franklin Income Fund | B | Dividend | K | T | | | | | |
| 21. Dean Witter Utilities B Fund (IRA A/C) | A | Dividend | J | T | | | | | |
| 22. Information Fund (IRA A/C) | A | Dividend | J | T | | | | | |
| 23. Dean Witter Liquid Asset (IRA A/C) | A | Interest | J | T | | | | | |
| 24. Boston Housing Ltd. Partnership | B | Dividend | J | W | | | | | |
| 25. Dean Witter - Equity Trust Ten Industrials (IRA A/C) | A | Dividend | J | T | Ex /purch | 01/19 | | | see note, art VII |
| 26. Dell Computer | A | Dividend | J | T | | | | | |
| 27. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 28. Pfizer | A | Dividend | J | T | | | | | |
| 29. Washington Mutual | A | Dividend | J | T | | | | | |
| 30. Hewlett Packard | A | Dividend | J | T | | | | | |
| 31. MONY Group | A | Dividend | | | sell | 07/08 | J | B | |
| 32. Boeing Co. | A | Dividend | J | T | | | | | |
| 33. Northrim Bank | A | Dividend | K | T | | | | | |
| 34. Agilent Technologies | A | Dividend | J | T | | | | | |
| 35. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 36. AT&T Corporation | | None | | | sell | 12/23 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MetLife | A | Dividend | J | T | | | | | |
| 38. Trust #1 [Lines 39 through 54, inclusive]: | | | | | | | | | |
| 39. --MSDW Developing Growth | A | Dividend | J | T | | | | | |
| 40. --MSDW Technology Fund C | A | Dividend | | | sell | 12/27 | J | A | |
| 41. --MFS Utilities Fund C | A | Dividend | K | T | | | | | |
| 42. --MFS Investors Growth Stock C | A | Dividend | K | T | | | | | |
| 43. --MSDW Active Assets Money Trust | D | Interest | M | T | Partial Sale | var. | L | A | see Note, Part VIII |
| 44. --EMC Corp. Stock | | None | J | T | | | | | |
| 45. --Con Edison Bank | A | Interest | J | T | | | | | |
| 46. --American Income Fund | A | Dividend | K | T | buy | 03/10 | K | | |
| 47. --Unit Van Kampen Income - Portolio 10 | A | Dividend | K | T | buy | 03/16 | K | | |
| 48. --Unit Van Kampen Income - Portfolio 13 | A | Dividend | K | T | buy | 12/29 | K | | |
| 49. --GMAC (bond) | A | Interest | J | T | buy | 11/16 | J | | |
| 50. --Ford Motor Credit (bond) | A | Interest | J | T | buy | 11/17 | J | | |
| 51. --American General Finance (bond) | A | Interest | J | T | buy | 11/18 | J | | |
| 52. --General Electric Capital Corp. (bond) | A | Interest | J | T | buy | 11/18 | J | | |
| 53. --Caterpillar Finance Service (bond) | A | Interest | J | T | buy | 11/18 | J | | |
| 54. --Citicorp (bond) | A | Interest | K | T | buy | 02/06 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. EMC Corporation | | None | | | sell | 12/23 | J | A | |
| 56. Interwoven | A | Dividend | | | sell | 12/23 | J | A | |
| 57. Alaska Air | A | Dividend | J | T | | | | | |
| 58. AT&T Wireless | | None | | | sell | 10/27 | J | A | |
| 59. Comcast Corp. | | None | J | T | | | | | |
| 60. Portland Teachers Cr.Union-CD monies transf. to savings A/C | A | Interest | K | T | matured | 11/14 | K | K | see Note, Part VIII |
| 61. Nations Convertible Sec. | A | Dividend | K | T | | | | | |
| 62. Met Life - whole life | A | Interest | J | T | | | | | |
| 63. Met Life - whole life | A | Interest | J | T | | | | | |
| 64. Americo Financial Life - whole life | A | Interest | L | T | | | | | |
| 65. American General - whole life | A | Interest | K | T | | | | | |
| 66. American General - whole life | A | Interest | K | T | | | | | |
| 67. Canada Life - whole life | A | Interest | J | T | | | | | |
| 68. MONY - whole life | A | Interest | J | T | | | | | |
| 69. Massachusetts Mutual - flexible retirement annuity | D | Dividend | L | T | | | | | |
| 70. Wachovia Corp. | A | Dividend | J | T | buy | 04/08 | J | | |
| 71. Wells Fargo & Co. | A | Dividend | J | T | buy | 04/08 | J | | |
| 72. AIG Annuity | C | Dividend | M | T | buy | 04/21 | L | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Column C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Franklin Intermediate - Fed. Tax Free | C | Dividend | M | T | buy | 04/22 | M | | |
| 74. Freescale Semiconductor | | None | J | T | | 12/02 | J | | see Note, Part VIII |
| 75. Bank of America - Managed Portfolio | D | Dividend | L | T | buy | 01/13 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII, ln. 25:  re Dean Witter [Ten Industrials]: this account rolls over annually.

Part VII, ln. 43:  Money withdrawn from this item on 02/06, 03/10, 03/16, 11/16, 11/17, 11/18, and 12/29 for bond purchases [lines 46 through 54].

Part VII, ln. 60:  C.D. monies transferred to savings account.

Part VII, ln. 74:  Stock dividend (spin-off) from Motorola.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date **5/10/05**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY A ... LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCT ... S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544